Opinion issued January 14, 2010









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-0776-CV

____________


THE LAW FIRM OF TIMOTHY C. ANDERSON, P.L.L.C. AND THE
DAVENPORT LEGAL GROUP, P.C., Appellants


V.


WILLIAM SHIELDS AND SLAY TRANSPORTATION CO., INC.,
Appellees






On Appeal from the 215th District Court of

Harris County, Texas

Trial Court Cause No. 2008-00569A






MEMORANDUM OPINION

 Appellees, William Shields and Slay Transportation Company, Inc., have filed
their motion to dismiss the appeal on the basis of appellant's non-payment of the
appellate filing fee and appellant's failure to pay or make arrangements to pay the fee
for preparation of the clerk's record. Appellants have not responded to appellees'
motion to dismiss the appeal. We have examined appellees' contentions and find
them to be true. Appellants have not established indigent status in this Court. 

 We grant appellees' motion to dismiss the appeal. We dismiss the appeal. 
Tex. R. App. P. 5, 37.3, 42.3(b), (c). We dismiss all other pending motions in this
appeal as moot. 

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.